# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

December 30, 2025

Before

**MICHAEL B. BRENNAN,** *Chief Judge*

**ILANA DIAMOND ROVNER,** *Circuit Judge*

**AMY J. ST. EVE,** *Circuit Judge*

|  | KARL RABENHORST,<br>            Plaintiff-Appellant,<br><br>v.<br><br>KRISTI L. NOEM, Secretary, United States Department of Homeland Security,<br>            Defendant-Appellee. |
|---|---|
| No. 24-1297 | |
| **Originating Case Information:** | |
| District Court No.: 1:21-cv-03620<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

The opinion of this court issued on December 22, 2025, is corrected as follows:

Page 5, in the first sentence of the last paragraph, the words "the Secretary" shall be substituted in place of "Rabenhorst." The sentence will now read: "As noted, Judge Shah ultimately granted summary judgment to the Secretary."